UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| DANIEL MARIANO, | No. 2:15-cv-00157-SAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Previously, the Court gave Plaintiff an opportunity to comply with Fed. R. Civ. P 4(i) and file with the Court proof that Plaintiff's Complaint and/or Amended Complaint had been properly served. ECF No. 12. The Court also informed Plaintiff that failure to do so would result in the dismissal of this action without prejudice. Plaintiff has not complied with the Court's directive.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-caption case is **DISMISSED without prejudice**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff and close the file.

**DATED** this 11th day of July 2017.

Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION WITHOUT PREJUDICE ~ 1**